In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00168-CV
_____

**EVERGREEN FABRICATION & INDUSTRIAL SERVICES, LLC,**
**Appellant**

**V.**

**ROBERT H. DODD SR., ET AL, Appellees**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-196,661**

**MEMORANDUM OPINION**

Evergreen Fabrication & Industrial Services, LLC filed a notice of accelerated appeal with the trial court on May 12, 2016. To date, despite written notices from this Court and an opportunity to cure, the appellant has established neither indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. Additionally, no clerk's record has been filed. On May 23, 2016, we notified the parties that the appeal would be dismissed unless the filing fee was paid, and we

1

required that the appellant notify us that it had arranged to file the record. Alternatively, we required that the appellant provide the Court with valid reasons explaining why it needed additional time to file the record. Appellant did not respond to the Court's notices.

Appellant did not file an affidavit of indigence on appeal and has not shown that it is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee for the appeal, and there being no satisfactory explanation for the failure to file the clerk's record, we dismiss the accelerated appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on June 29, 2016
Opinion Delivered June 30, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.